**United States District Court**
For the Northern District of California

**\*E-FILED\***
**October 11, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOREEN JORGENSEN,

    Plaintiff,

    v.

CHASE INSURANCE LIFE AND ANNUITY COMPANY, et al.,

    Defendants.
_____/

No. C 05-02694 RS

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the court, the Case Management Conference in the above-entitled matter currently set for November 2, 2005 at 2:30 p.m. is continued to **November 16, 2005 at 2:30 p.m.** The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than November 9, 2005. The parties shall file a joint Case Management Conference Statement no later than November 9, 2005.

Dated: October 11, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Gary S. Rose, Esq.
Email: gsroselaw@hotmail.com

Henry C. Wang, Esq.
Email:  Hwang@manatt.com


Dated:  October 11, 2005

                                         /s/ BAK
                                     Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California